IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, <br><br> Defendants. | C.A. No. 15-1168-LPS-CJB |

## STIPULATION TO EXTEND

It is hereby STIPULATED AND AGREED by the parties, through the undersigned counsel, subject to the approval of the Court, that certain dates in the Scheduling Order (D.I. 28) are extended as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Deadline for the parties to produce all responsive, non-privileged documents collected using the email search terms | November 11, 2016 | November 18, 2016 |
| Opening Claim Construction Briefs | November 14, 2016 | November 22, 2016 |
| Technology Tutorial | November 14, 2016 | November 22, 2016 |
| Answering Claim Construction Briefs | December 5, 2016 | December 13, 2016 |
| Comments on Technology Tutorials | December 5, 2016 | December 13, 2016 |
| Parties to Notify the Court whether they Request Leave to Present Testimony at the Markman Hearing and the Amount of Time Requested | December 5, 2016 | December 13, 2016 |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeffrey T. Castellano | /s/ Robert M. Vrana |
| John W. Shaw (No. 3362)<br>Jeffrey T. Castellano (No. 4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0701<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com | Melanie K. Sharp (No. 2501)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com |
| STEPTOE & JOHNSON LLP<br>James R. Nuttall<br>Katherine H. Johnson<br>Randal S. Alexander<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>(312) 577-1300 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>J. Michael Huget<br>Brian J. Arnold<br>Sarah E. Waidelich<br>315 East Eisenhower Parkway<br>Suite 100<br>Ann Arbor, MI 48108-3330<br>(734) 418-4200 |
| Boyd Cloern<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-6407 | *Attorneys for Neapco Holdings LLC and Neapco Drivelines LLC* |
| *Attorneys for American Axle & Manufacturing, Inc.* | |

Dated: November 9, 2016

SO ORDERED this _____ day of November, 2016.

_____
Chief United States District Judge

01:19506887.1