IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, )<br>)<br>Defendants. ) | C.A. No. 15-1168-LPS-CJB |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

It is hereby STIPULATED AND AGREED, subject to the approval of the Court, that certain dates in the Scheduling Order (D.I. 28), as subsequently modified by stipulation (D.I. 66), are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Answering Claim Construction Briefs | December 13, 2016 | December 20, 2016 |
| Comments on Technology Tutorials | December 13, 2016 | December 20, 2016 |
| Parties to Notify the Court whether they Request Leave to Present Testimony at the Markman Hearing and the Amount of Time Requested | December 13, 2016 | December 20, 2016 |

| | |
|---|---|
| S<small>HAW</small> K<small>ELLER</small> <small>LLP</small> | Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, <small>LLP</small> |
| */s/ Jeffrey T. Castellano* | */s/ Robert M. Vrana* |
| John W. Shaw (No. 3362) | Melanie K. Sharp (No. 2501) |
| Jeffrey T. Castellano (No. 4837) | Robert M. Vrana (No. 5666) |
| 300 Delaware Avenue, Suite 1120 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0701 | (302) 571-6681 |
| jshaw@shawkeller.com | msharp@ycst.com |
| jcastellano@shawkeller.com | |
| | H<small>ONIGMAN</small> M<small>ILLER</small> S<small>CHWARTZ AND</small> C<small>OHN</small> <small>LLP</small> |
| S<small>TEPTOE</small> & J<small>OHNSON</small> <small>LLP</small> | J. Michael Huget |
| James R. Nuttall | Brian J. Arnold |
| Katherine H. Johnson | Sarah E. Waidelich |
| Randal S. Alexander | 315 East Eisenhower Parkway |
| Robert F. Kappers | Suite 100 |
| 115 South LaSalle Street, Suite 3100 | Ann Arbor, MI 48108-3330 |
| Chicago, IL 60603 | (734) 418-4200 |
| (312) 577-1300 | |
| | *Attorneys for Neapco Holdings LLC and Neapco Drivelines LLC* |
| Boyd Cloern | |
| 1330 Connecticut Avenue, N.W. | |
| Washington, DC 20036 | |
| (202) 429-6407 | |
| | |
| *Attorneys for American Axle & Manufacturing, Inc.* | |

SO ORDERED this _____ day of December, 2016.

_____
Chief United States District Judge