IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 15-1168-LPS-CJB |
| NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

It is hereby STIPULATED AND AGREED, subject to the approval of the Court, that certain dates in the Scheduling Order (D.I. 28), are extended as follows:

| Event | Current deadline | New deadline |
|---|---|---|
| Mediation teleconference | 3/20/17 at 11:00 a.m. | No Change |
| Fact discovery cut off | 4/3/17 | 4/24/17 |
| Plaintiff's final infringement contentions | 4/11/17 | 4/28/17 |
| Defendants' final invalidity contentions | 5/9/17 | 5/23/17 |
| Opening expert reports | 5/18/17 | 5/31/17 |
| Rebuttal expert reports | 6/15/17 | 6/29/17 |
| Reply expert reports | 6/29/17 | 7/14/17 |
| Expert discovery cut off | 7/21/17 | 7/28/17 |
| Case dispositive motions and *Daubert* motions | 8/1/17 | No Change |
| Hearing on case dispositive motions and *Daubert* motions | 9/26/17 at 3:00 p.m. | No Change |
| Parties to file joint proposed final pretrial order | 12/6/17 | No Change |
| Pretrial conference | 1/5/18 at 9:00 a.m. | No Change |
| Trial | 1/16/18 through 1/19/18 | No Change |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeffrey T. Castellano<br>John W. Shaw (No. 3362)<br>Jeffrey T. Castellano (No. 4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0701<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com | /s/ Robert M. Vrana<br>Melanie K. Sharp (No. 2501)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>mvrana@ycst.com |
| STEPTOE & JOHNSON LLP<br>James R. Nuttall<br>Katherine H. Johnson<br>Randal S. Alexander<br>Robert F. Kappers<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>(312) 577-1300 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>J. Michael Huget<br>Brian J. Arnold<br>Sarah E. Waidelich<br>315 East Eisenhower Parkway<br>Suite 100<br>Ann Arbor, MI 48108-3330<br>(734) 418-4200 |
| Boyd Cloern<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-6407 | *Attorneys for Neapco Holdings LLC and Neapco Drivelines LLC* |
| *Attorneys for American Axle & Manufacturing, Inc.* | |

SO ORDERED this _____ day of January, 2017.

_____
Chief United States District Judge