IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   C.A. No. 15-1168-LPS-CJB ) |
| NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES

It is hereby STIPULATED AND AGREED by the parties, subject to the approval of the Court, that certain deadlines set forth by the Scheduling Order (D.I. 28) and the parties' previous stipulation (D.I. 83, SO ORDERED on January 27, 2017) are extended by one week, as follows:[1]

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Reply expert reports | July 14, 2017 (D.I. 83) | July 21, 2017 |
| Expert discovery cut off | July 28, 2017 (D.I. 83) | August 4, 2017 |
| Case dispositive motions and *Daubert* motions | August 1, 2017 (D.I. 28) | August 8, 2017 |

---

[1] The parties are not requesting extension of any other dates under the scheduling order, including the hearing on case dispositive and *Daubert* motions on September 26, 2017 at 3:00 p.m. (D.I. 28, ¶ 17(c)).

| | |
|---|---|
| */s/ Jeffrey T. Castellano* | */s/ Melanie K. Sharp* |
| John W. Shaw (No. 3362) | Melanie K. Sharp (No. 2501) |
| Jeffrey T. Castellano (No. 4837) | Robert M. Vrana (No. 5666) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| I.M. Pei Building | 1000 North King Street |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6681 |
| (302) 298-0700 | msharp@ycst.com |
| jshaw@shawkeller.com | rvrana@ycst.com |
| jcastellano@shawkeller.com | *Attorneys for Neapco Holdings LLC* |
| *Attorneys for American Axle & Manufacturing, Inc.* | *and Neapco Drivelines LLC* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| James R. Nuttall | J. Michael Huget |
| Katherine H. Johnson | Brian J. Arnold |
| Randal S. Alexander | Sarah E. Waidelich |
| Robert F. Kappers | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| STEPTOE & JOHNSON LLP | 315 East Eisenhower Parkway, Suite 100 |
| 115 South LaSalle Street, Suite 3100 | Ann Arbor, MI 48108 |
| Chicago, IL 60603 | (734) 418-4200 |
| (312) 577-1300 | |
| | |
| Boyd Cloern | |
| STEPTOE & JOHNSON LLP | |
| 1330 Connecticut Avenue, N.W. | |
| Washington, DC 20036 | |
| (202) 429-6407 | |

Dated: June 19, 2017

       SO ORDERED this _____ day of June, 2017.

                                                      Chief United States District Judge