IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, <br><br> Defendants. | C. A. No.: 15-1168-LPS <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiff American Axle & Manufacturing, Inc. ("Plaintiff"), Neapco Holdings LLC and Neapco Drivelines LLC ("Defendants"), by and through their respective counsel, and subject to the approval of the Court, hereby stipulate and agree that certain dates in the Amended Scheduling Order (D.I. 188) are extended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Supplemental expert reports for the parties with the burden of proof on new claims on infringement and validity | October 13, 2017 | October 17, 2017 |
| Supplemental responsive expert reports | October 27, 2017 | October 31, 2017 |
| Completion of expert depositions regarding supplemental expert reports | November 10, 2017 | November 14, 2017 |
| Supplemental opening summary judgment briefs (15 pages total) on application of arguments previously raised in summary judgment motions to new claims or new bases for summary judgment as to the new claims at issue | November 17, 2018 | November 21, 2017 |
| Supplemental responsive summary judgment briefs (15 pages total) on application of arguments previously raised in summary judgment motions to new claims or new bases for summary judgment as to the new claims at issue | December 1, 2017 | December 5, 2017 |

2

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jeffrey T. Castellano* | */s/ Robert M. Vrana* |
| _____ | _____ |
| John W. Shaw (No. 3362) | Melanie K. Sharp (No. 2501) |
| Jeffrey T. Castellano (No. 4837) | Robert M. Vrana (No. 5666) |
| I.M. Pei Building | 1000 North King Street |
| 1105 North Market Street, 12th Floor | Wilmington, DE  19801 |
| Wilmington, DE  19801 | (302) 571-6681 |
| (302) 298-0701 | msharp@ycst.com |
| jshaw@shawkeller.com | |
| jcastellano@shawkeller.com | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| STEPTOE & JOHNSON LLP | J. Michael Huget |
| James R. Nuttall | Brian J. Arnold |
| John L. Abramic | Sarah E. Waidelich |
| Katherine H. Johnson | 315 East Eisenhower Parkway |
| Randal S. Alexander | Suite 100 |
| Robert F. Kappers | Ann Arbor, MI  48108-3330 |
| 115 South LaSalle Street, Suite 3100 | (734) 418-4200 |
| Chicago, IL  60603 | |
| (312) 577-1300 | *Attorneys for Neapco Holdings LLC and Neapco Drivelines LLC* |
| Boyd Cloern | |
| 1330 Connecticut Avenue, N.W. | |
| Washington, DC  20036 | |
| (202) 429-6407 | |
| | |
| *Attorneys for American Axle & Manufacturing, Inc.* | |

   SO ORDERED this _____ day of _____, 2017.

                _____
                Chief United States District Judge