IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, | )<br>)<br>) |
| Defendants. | ) |

C. A. No. 15-1168-LPS

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiff American Axle & Manufacturing, Inc. ("Plaintiff"), Neapco Holdings LLC and Neapco Drivelines LLC ("Defendants"), by and through their respective counsel, and subject to the approval of the Court, hereby stipulate and agree that certain dates in the Amended Scheduling Order (D.I. 188), previously extended by stipulation (D.I. 195, SO ORDERED on October 17, 2017; D.I. 199, SO ORDERED on November 2, 2017) are extended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Completion of expert depositions regarding supplemental expert reports | November 17, 2017 | November 21, 2017 |
| Additional opening summary judgment briefs (15 pages total) on application of arguments previously raised in summary judgment motions to new additional claims or new bases for summary judgment as to the new claims at issue | November 27, 2017 | November 29, 2017 |
| Additional responsive summary judgment briefs (15 pages total) on application of arguments previously raised in summary judgment motions to new additional claims or new bases for summary judgment as to the new claims at issue | December 11, 2017 | December 13, 2017 |

| | |
|---|---|
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Jeffrey T. Castellano
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0701
jshaw@shawkeller.com
jcastellano@shawkeller.com

STEPTOE & JOHNSON LLP
James R. Nuttall
John L. Abramic
Katherine H. Johnson
Robert F. Kappers
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577-1300

Boyd Cloern
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-6407

*Attorneys for American Axle & Manufacturing, Inc.*

/s/ Robert M. Vrana
Melanie K. Sharp (No. 2501)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
J. Michael Huget
Brian J. Arnold
Sarah E. Waidelich
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330
(734) 418-4200

*Attorneys for Neapco Holdings LLC and Neapco Drivelines LLC*

SO ORDERED this _____ day of _____, 2017.

_____
Chief United States District Judge