**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 15-1168-LPS <br> : <br> : <br> : <br> : <br> : |

**ORDER**

At Wilmington, this **27th** day of **February, 2018**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. Plaintiff American Axle & Manufacturing, Inc.'s ("AAM") Motion for Summary Judgment of Infringement (D.I. 155) is **DENIED AS MOOT**.

2. AAM's Motion for Summary Judgment of No Invalidity Pursuant to 35 U.S.C. §§ 101 and 102 (as to the Laskey Reference) (D.I. 159) is **DENIED** as to § 101 and **DENIED AS MOOT** as to § 102.

3. AAM's Motion to Exclude Portions of the Testimony of Neapco's Technical Expert, Steven Becker, and Neapco's Damages Expert, Michael Chase (D.1. 157) is **DENIED AS MOOT** as to Mr. Becker and remains **PENDING** as to Mr. Chase.

4. Defendants Neapco Holdings LLC and Neapco Drivelines LLC's (collectively, "Neapco") Motion for Summary Judgment of Invalidity and/or Non-Infringement (D.I. 149) and Supplemental Motion (D.I. 207) are **GRANTED** as to § 101 and **DENIED AS MOOT** in all

other respects.

5. Neapco's Motion to Preclude Certain Expert Testimony and Evidence (D.I. 208) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and, no later than **March 2, 2018**, submit a joint status report, including their proposal(s) for how this case should now proceed, including whether the Court should resolve the motion that remains pending. The due date for the final proposed pretrial order is **AMENDED** and is now **March 6, 2018**.

                                                  HON. LEONARD P. STARK
                                                  UNITED STATES DISTRICT JUDGE