IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 15-1168-LPS ) ) ) ) ) ) |

## [PROPOSED] FINAL JUDGMENT

WHEREAS the Court, by Order dated February 27, 2018 (D.I. 220), (1) granted Defendants Neapco Holdings LLC's and Neapco Drivelines LLC's Motion for Summary Judgment of Invalidity and/or Non-Infringement as to 35 U.S.C. § 101, and denied it as moot in all other respects, and (2) denied Plaintiff American Axle & Manufacturing, Inc.'s Motion for Summary Judgment of No Invalidity Pursuant to 35 U.S.C. §§ 101 and 102 as to 35 U.S.C. § 101, and denied it as moot in all other respects:

**It IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. FINAL JUDGMENT of invalidity of claims 1-6, 12, 13, 19-24, 26, 27, 31, and 34-36 of U.S. Patent No. 7,774,911 under 35 U.S.C. § 101 is entered in favor of Defendants and against Plaintiff;

2. Any motion for an award of costs or attorneys' fees shall be filed within 30 days after the later of the date that the time for appeal of this Judgment has expired, or if there is an appeal from this Judgment, the date of issuance of the Mandate of the Court of Appeals, and no such motion shall be filed less than 20 days after the later of those two dates;

This is a final judgment and may be appealed.

March 2nd, 2018.

_____
Chief United States District Judge