*Read In Open Court on 1-29-24* (NTL)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 15-1168-GBW |
| NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## VERDICT FORM

**Instructions**: When answering the following questions and completing this Verdict Form, please follow the directions provided and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "American Axle" refers to Plaintiff American Axle & Manufacturing, Inc.

2. "Neapco" refers to Defendants Neapco Holdings LLC and Neapco Drivelines LLC.

3. "Asserted Patent" refers to the '911 patent, U.S. Patent Number 7,774,911.

4. "4.5 inch Propshafts" refers to the accused products having a diameter of 4.5 inches.

5. "5.0 inch Propshafts" refers to the accused products having a diameter of 5.0 inches.

6. "5.775 inch Propshafts" refers to the accused products having a diameter of 5.775 inches.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## QUESTION 1: Direct Infringement

Did American Axle prove by a preponderance of the evidence that Neapco's method of manufacturing any of the accused propshafts infringes any of the identified claims of the Asserted Patent? *Check YES or NO for each claim. "Yes" is a finding for American Axle. "No" is a finding for Neapco.*

| CLAIM | 4.5 INCH PROPSHAFTS | 5.0 INCH PROPSHAFTS | 5.775 INCH PROPSHAFTS |
|---|---|---|---|
| Claim 1 | Yes ✓ No ___ | Yes ✓ No ___ | Yes ✓ No ___ |
| Claim 2 | Yes ✓ No ___ | Yes ✓ No ___ | Yes ✓ No ___ |
| Claim 3 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 4 | Yes ✓ No ___ | ■ | ■ |
| Claim 5 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 6 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 12 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 13 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 19 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 20 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |
| Claim 21 | Yes ✓ No ___ | ■ | Yes ✓ No ___ |

Please Proceed to Question 2.

3

## QUESTION 2: Anticipation

Did Neapco prove by clear and convincing evidence that any of the identified claims of the Asserted Patent are invalid as anticipated? *Check YES or NO for each claim. "Yes" is a finding for Neapco. "No" is a finding for American Axle.*

| CLAIM | INVALID DUE TO ANTICIPATION |
|---|---|
| Claim 1 | Yes ____  No ✓ |
| Claim 2 | Yes ____  No ✓ |
| Claim 3 | Yes ____  No ✓ |
| Claim 4 | Yes ____  No ✓ |
| Claim 5 | Yes ____  No ✓ |
| Claim 6 | Yes ____  No ✓ |
| Claim 12 | Yes ____  No ✓ |
| Claim 13 | Yes ____  No ✓ |
| Claim 19 | Yes ____  No ✓ |
| Claim 20 | Yes ____  No ✓ |
| Claim 21 | Yes ____  No ✓ |

Please Proceed to Question 3.

## QUESTION 3: Invalidity Under 35 U.S.C. § 112

Did Neapco prove by clear and convincing evidence that any of the identified claims of the Asserted Patent are invalid because the patent is not enabled, lacks adequate written description, or is indefinite? *Check YES or NO for each claim. "Yes" is a finding for Neapco. "No" is a finding for American Axle.*

| CLAIM | INVALID DUE TO INADEQUATE WRITTEN DESCRIPTION | INVALID DUE TO INDEFINITENESS |
|---|---|---|
| Claim 1 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 2 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 3 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 4 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 5 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 6 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 12 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 13 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 19 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 20 | Yes ____ No ✓ | Yes ____ No ✓ |
| Claim 21 | Yes ____ No ✓ | Yes ____ No ✓ |

Please Proceed to Question 4.

If you checked "Yes" for any claims in Question 1 and checked "No" for the same claim in *all of* Questions 2 and 3 i.e., you determined that at least one claim is infringed and not invalid, proceed to Question 4. Otherwise, skip and DO NOT answer Question 4, and instead please proceed directly to the Final Page of the Verdict Form and sign and date that page.

## QUESTION 4: Damages

What is the total amount of damages American Axle has proven by a preponderance of the evidence that it is entitled to be paid for lost profits as a result of Neapco's infringement?

|         | 4.5"    | 5.0"    | 5.775"  |
|---------|---------|---------|---------|
| Amount: | $0.00   | $0.00   | $0.00   |

For any sales for which you did not award lost profits and for each propshaft size for which you determined that at least one claim is infringed and not invalid, what is the amount of damages American Axle has proven by a preponderance of the evidence that it is entitled to be paid as a reasonable royalty for past sales of Neapco's propshafts?

|         | 4.5"         | 5.0"         | 5.775"     |
|---------|--------------|--------------|------------|
| Amount: | $1,889,860   | $1,880,130   | $235,636   |

**Please proceed to the Final Page of the Verdict Form and sign and date that page.**

6

### Final Page of the Jury Verdict

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. Each juror should then sign the verdict form in the spaces below. The foreperson should date the form and notify the Court Security Officer that you have reached a unanimous verdict.

The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

REDACTED

Dated: __1/29/24__