IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEAPCO HOLDINGS LLC and NEAPCO DRIVELINES LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C. A. No.: 15-1168-GBW <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Upon consideration of Defendants Neapco Holdings LLC and Neapco Drivelines LLC's ("Defendants") Renewed Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), New Trial pursuant to Fed. R. Civ. P. 59(a), and Remittitur ("the Motion"), and all related papers and argument, and the Court having found grounds for the requested relief, IT IS HEREBY ORDERED:

1. Defendants' Renewed Motion for Judgment as a Matter of Law of Non-Infringement pursuant to Rule 50(b) is GRANTED and judgment as a matter of law on the issue of infringement of claims 1, 2, 3, 4, 5, 6, 12, 13, 19, 20, and 21 of U.S. Patent No. 7,774,911 is granted against Plaintiff American Axle & Manufacturing, Inc. and in favor of Defendants; and/or

2. Defendants' Motion for a New Trial on the Issues of Infringement and Invalidity pursuant to Rule 59(a) is GRANTED; and/or

3. Defendants' Motion for a New Trial on Damages pursuant to Rule 59(a) is GRANTED or, in the alternative, Defendants' Motion for Remittitur is GRANTED and the damages award is remitted to $656,922.

2

SO ORDERED, this _____ day of _____, 2024

_____
Honorable Gregory B. Williams
United States District Judge

31392695.1